**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 15-6492**

―――――――――

ANTHONY LEON HOOVER, a/k/a Anthony Leon Hoover El; TERRENCE
LEROY WRIGHT EL, as Moorish American Nationals,

              Plaintiffs - Appellants,

        and

SAMUEL JUNIOR JACKSON; NAPOLEON J. RANKIN BEY; JAMES LEE
TROXLER EL; ERRICK L. BOWE; WEBSTER WALLER, a/k/a Webster
Waller Bey; MICHAEL HOLLIDAY; JAMES K. HOYLE BEY; MAURICE
HARTGROVE,

              Plaintiffs,

        v.

STATE OF NORTH CAROLINA, Sub Jurisdiction Counties; NORTH
CAROLINA DEPARTMENT OF PUBLIC SAFETY,

              Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge. (5:14-ct-03220-F)

―――――――――

Submitted:  September 9, 2015      Decided:  September 11, 2015

―――――――――

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

Anthony Leon Hoover; Terrence Leroy Wright, Appellants Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Leon Hoover and Terrence Leroy Wright El appeal the district court's order dismissing their complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Jackson v. North Carolina, No. 5:14-ct-03220-F (E.D.N.C. Mar. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED